UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK S. ENSIGN, | ) | 1:06-CV-00933-OWW-SMS-HC |
|     Petitioner, | ) ) | ORDER DENYING APPLICATION AS MOOT |
| v. | ) ) | (DOCUMENT #3) |
| ARNOLD SCHWARZENEGGAR, | ) ) | |
|     Respondent. | ) ) | |

Petitioner is a prisoner proceeding pro se with a petition for habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2006, petitioner submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. In light of the fact that petitioner paid the filing fee for this action on July 6, 2006, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:    August 15, 2006**            **/s/ Sandra M. Snyder**
ah0l4d                                                    UNITED STATES MAGISTRATE JUDGE