# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. ENSIGN, | CV F 06-00933 OWW SMS HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CLOSE FILE PURSUANT TO PETITIONER'S REQUEST TO VOLUNTARILY DISMISS ACTION |
| v. | |
| ARNOLD SCHWARZENEGGAR, | [Doc. 11] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on May 26, 2002. By order of August 23, 2006, the Court directed Petitioner to show cause as to why the petition should not be dismissed for failure to name a proper respondent and for failure to exhaust the state court remedies. On September 12, 2006, Petitioner filed a response to the order to show and requests that the Court voluntarily dismiss the action as he has failed to exhaust the state court remedies.

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to

do anything about it." Id. at 1078.  Respondent has not filed an answer or other responsive pleading.

    Accordingly, the Clerk of the Court is HEREBY ORDERED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 11.)

IT IS SO ORDERED.

**Dated:**   **September 15, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE